# United States Court of Appeals
## For the First Circuit

---

No. 03-1780

SUNOCO, INC. (R&M),

Plaintiff, Appellant,

v.

NAIF MAKOL, JR., and MAKOL FAMILY LIMITED PARTNERSHIP,

Defendants, Appellees.

---

ERRATA SHEET

The opinion of this court issued on June 10, 2004, should be amended as follows:

On page 17, footnote 4, last line:  replace "(1964)" with "(Mass. 1964)."